# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY COTTLE, | : | |
| Petitioner, | : | CIVIL ACTION |
| v. | : | No. 17-4725 |
| JAMEY LUTHER, et al., | : | |
| Respondents. | : | |

## ORDER

This 12th day of December 2018, pursuant to 28 U.S.C. § 636(b)(1)(C), upon careful review of the Report and Recommendation ("R & R") issued by the Honorable Timothy R. Rice (ECF No. 15) and careful consideration of Petitioner Timothy Cottle's Objection to the R & R (ECF No. 21), it is hereby **ORDERED** that the R & R is adopted. Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** with prejudice and without issuance of a certificate of appealability.

                 /s/ Gerald Austin McHugh
                 United States District Judge